IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Elgin Jordan, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| -*vs*- | ) No. 20-cv-4012 |
| | ) |
| City of Chicago, et al. | ) *(Judge Gottschall)* |
| | ) |
| *Defendants.* | ) |

## JOINT STATUS REPORT

The parties, by counsel, submit the following status report to advise the Court that the parties have recently resolved all matters in controversy and expect to submit a stipulation of dismissal in the next 7 days (without prejudice, to be automatically converted to dismissal with prejudice 70 days from the entry of the Court's order of dismissal, unless a party has moved to extend this date prior to the expiration of the 70 days) with the parties bearing their own costs and fees.

Respectfully submitted,

/s/ Joel A. Flaxman
Joel A. Flaxman
ARDC No. 6292818
Kenneth N. Flaxman
200 S Michigan Ave Ste 201
Chicago, IL 60604-2430
(312) 427-3200
*Attorneys for Plaintiff*

[signatures of defense counsel on following page]

        Celia Meza
        Acting Corporation Counsel

By: /s/    <u>Shneur Nathan </u>(with consent)
        Special Assistant Corporation Counsel
        Shneur Nathan
        Avi Kamionski
        Helen O'Shaughnessy
        Grzegorz Labuz
        Nathan & Kamionski LLP
        33 W. Monroe St., Suite 1830
        Chicago, IL 60603
        (312) 612-2255
        *Attorneys for the City of Chicago*

/s/ <u>Larry S. Kowalczyk </u>(with consent)
    Special Assistant Corporation Counsel
    Larry S. Kowalczyk - Special Assistant Corporation Counsel
    Megan K. Monaghan - Special Assistant Corporation Counsel
    QUERREY & HARROW, LTD.
    175 West Jackson Blvd., Suite 1600
    Chicago, Illinois 60604-2827
    312/540-7000
    lkowalczyk@querrey.com
    mmonaghan@querrey.com
    Counsel for Defendants Officer Cox, Sgt. Theodore, and Detective Pruger

/s/  <u>Whitney Hutchinson </u>(with consent)
      Whitney Hutchinson
      Special Assistant Corporation Counsel
      Borkan & Scahill, Ltd.
      20 S. Clark St., Suite 1700
      Chicago, IL 60603
      Attorney for Defendant David Salgado